**STATE of Missouri, Respondent,**

v.

**Beverly SMITH, Appellant.**

**No. WD 37366.**

Missouri Court of Appeals,
Western District.

June 3, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 1986.

Application to Transfer Denied
Sept. 16, 1986.

Susan L. Hogan, Columbia, for appellant.

Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., and NUGENT and GAITAN, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of two counts of stealing pursuant to § 570.030, RSMo.Cum. Supp.1984 and sentenced to consecutive terms of five and two years.

Judgment affirmed. Rule 30.25(b).

**Jeff LOFLIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 37533.**

Missouri Court of Appeals,
Western District.

June 10, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 1986.

Application to Transfer Denied
Sept. 16, 1986.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., Paula Fridkin, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and DIXON and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).